IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY A. THORSON LOVELACE**                                                              **PLAINTIFF**

v.                              Case No. 2:22-cv-00113-JM

**USA; FEDERAL BUREAU OF PRISONS,**
**FCI Forrest City Low**                                                                    **DEFENDANTS**

## ORDER

Plaintiff Corey Thorson Lovelace paid the filing fee and initiated this *pro se* civil rights case under 42 U.S.C. § 1983. (Doc. 1). Lovelace now moves to change venue to the Western District of Kentucky explaining both that he now lives in Kentucky and his desired witnesses come from Kentucky, as well as West Virginia, Ohio, Texas, Arkansas, and Tennessee. (Doc. 4). The motion (Doc. 4) is DENIED.  Lovelace complains about events that occurred while he was housed at the FCI Forrest City in Forrest City, Arkansas.  *See* 28 U.S.C. § 1391(b).  Accordingly, the Eastern District of Arkansas is the proper venue.

Lovelace must be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court. Local Rule 5.5(c)(2) instructs *pro se* parties that it is their responsibility to notify the Clerk of the Court and other parties of any change in address, to monitor the progress of the case, and to prosecute or defend the action diligently. *Pro se* parties should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a *pro se* party is not responded to within thirty (30) days, the case may be dismissed without prejudice.

IT IS SO ORDERED this 7th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE