IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY A. THORSON LOVELACE**                                                              **PLAINTIFF**

v.                                   2:22-CV-00113-JM

**USA,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Pending is Mr. Lovelace's motion seeking this Court's recusal. (Doc. No. 13). Pursuant to 28 U.S.C. § 455(a), a judge is required to "disqualify himself in any proceeding in which his impartiality might reasonably be questioned." "Disqualification is required if a reasonable person who knew the circumstances would question the judge's impartiality, even though no actual bias or prejudice has been shown." *United States v. Tucker*, 78 F.3d 1313, 1324 (8th Cir. 1996). "A party introducing a motion to recuse carries a heavy burden of proof; a judge is presumed to be impartial and the party seeking disqualification bears the substantial burden of proving otherwise." *Pope v. Fed. Express Corp.*, 974 F.2d 982, 985 (8th Cir. 1992) (citation omitted).

Mr. Lovelace has not met his burden of proving that the Court's impartiality might reasonably be questioned. His disagreement with the Court's ruling in a previous case does not support recusal nor do his unsupported allegations that the Court, through its clerk, "acted with 'hate', 'outrageous conduct', and 'evil intent' to protect the United States and her friend AUSA Mrs. Lorence" in an email exchange. His motion to recuse is denied.

Defendants have moved for summary judgment (Doc. No. 9). Mr. Lovelace's response was due by September 23, 2022. The Court is extending Mr. Lovelace's deadline to respond until October 14, 2022.

IT IS SO ORDERED this 30th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE