IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY A. THORSON LOVELACE**                                                                          **PLAINTIFF**

v.                                       No. 2:22-CV-00113-JM

**USA**, *et al.*                                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED with prejudice.

IT IS SO ADJUDGED this 10th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE